Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

September 10 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LESTER DANE BLANTON II,

Defendant.

NO. CR25-184 JLR

INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about August 20, 2025, in King County, within the Western District of Washington, LESTER DANE BLANTON II did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl)], and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

Indictment - 1
*United States v. Blanton*
USAO No. 2025R00786

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), (B), and (C), and Title 18, United States Code, Section 2.

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about August 20, 2025, in King County, within the Western District of Washington, LESTER DANE BLANTON II, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

  i.  *Possession with Intent to Distribute Methamphetamine,* in the United States District Court for the Western District of Washington, under CR11-018RSM, on or about December 9, 2012; and

  ii.  *Carrying a Firearm During and in Relation to a Drug Trafficking Offense*, in United States District Court for the Western District of Washington, under case number CR11-018RSM, on or about December 9, 2012;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Palmetto State Armory Dagger 9mm semiautomatic pistol that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, LESTER DANE BLANTON II shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any

Indictment - 2
*United States v. Blanton*
USAO No. 2025R00786

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

property that facilitated the offense. Such property includes, but is not limited to, the following firearms and ammunition seized on or about August 20, 2025:

   a.   one Palmetto State Armory Dagger 9mm semiautomatic pistol;

   b.   one pistol of unknown make and caliber;

   c.   34 rounds of assorted 9mm ammunition;

   d.   one round of Winchester Western 9mm ammunition;

   e.   34 rounds of assorted 9mm ammunition;

   f.   7 rounds of assorted 9mm ammunition;

   g.   23 rounds of assorted .380 cal. ammunition; and

   h.   any other associated ammunition, accessories, and magazines.

Upon conviction of the offense alleged in Count 2, LESTER DANE BLANTON II shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the offense. Such property includes, but is not limited to:

   a.   one Palmetto State Armory Dagger 9mm semiautomatic pistol; and

   b.   any associated ammunition.

//

//

//

Indictment - 3
*United States v. Blanton*
USAO No. 2025R00786

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or,

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 9/10/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

Indictment - 4
*United States v. Blanton*
USAO No. 2025R00786

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970